UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CESAR FERNANDO MARROQUIN, | Case No. CV 12-4923-PSG(AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| ROBERT AMBROSELLI, et al., | |
| Respondents. | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: __June 15, 2012_____

_____
Philip S. Gutierrez
United States District Judge